**UNDER SEAL**

FILED FEB - 5 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Hazel Marie Sanchez Cerdas,<br>a/k/a Hazel Marie Shaw,<br>a/k/a Andrea<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:19-MJ-60<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 2010 - December 2018__ in the county of __Fairfax and elsewhere__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1952 and 2 | Interstate and foreign travel or transportation in aid of racketeering enterprises |
| 18 U.S.C. 2422(a) and 2 | Coercion and enticement of an individual to travel in interstate or foreign commerce for purposes of prostitution |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Maureen C. Cain

*Complainant's signature*

Alix Skelton, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __2/5/2019__

City and state: __Alexandria, VA__

/s/
Ivan D. Davis
United States Magistrate Judge