IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA



Alexandria Division

| UNITED STATES OF AMERICA | ) | Case No. 1:19-CR-65-LO |
|---|---|---|
| | ) | |
| v. | ) | Count 1: Interstate & Foreign |
| | ) | Travel or Transportation in Aid |
| HAZEL MARIE SANCHEZ CERDAS, | ) | of Racketeering Enterprises |
| a/k/a Hazel Marie Shaw, | ) | (18 U.S.C. §§ 1952(a)(3) and 2) |
| a/k/a Andrea, | ) | |
| | ) | Counts 2-4: Coercion & Enticement |
| Defendant. | ) | (18 U.S.C. §§ 2422(a) and 2) |

## INDICTMENT

**February 2019 Term – At Alexandria**

## COUNT ONE

**Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises**

THE GRAND JURY CHARGES THAT:

Between in and around October 2010 through December 2018, within the Eastern District of Virginia and elsewhere, in and affecting interstate commerce, the defendant, HAZEL MARIE SANCHEZ CERDAS, a/k/a Hazel Marie Shaw, a/k/a Andrea, with others known and unknown to the grand jury, knowingly traveled in interstate and foreign commerce and used a facility in interstate commerce, including the internet and cell phones, with intent to otherwise promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of prostitution offenses in violation of the laws of Virginia, to wit: Virginia Code § 18.2-348, and of the United States, in violation of Title 18, United States Code, Section 2421(a), and thereafter performed and attempted to perform an act to promote, manage, establish and

carry on such unlawful prostitution activity involving females M.R.F., C.V.A., W.D.C., Z.F., and Y.P.

(In violation of Title 18, United States Code, Sections 1952(a)(3) and 2.)

## COUNT TWO

## Coercion and Enticement

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 23, 2010, within the Eastern District of Virginia and elsewhere, the defendant, HAZEL MARIE SANCHEZ CERDAS, a/k/a Hazel Marie Shaw, a/k/a Andrea, with others known and unknown to the grand jury, knowingly persuaded, induced, enticed, and coerced M.R.F. to travel in interstate and foreign commerce, from Costa Rica to the Eastern District of Virginia, to engage in prostitution.

(In violation of Title 18, United States Code, Sections 2422(a) and 2.)

## COUNT THREE

### Coercion and Enticement

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 13, 2010, within the Eastern District of Virginia and elsewhere, the defendant, HAZEL MARIE SANCHEZ CERDAS, a/k/a Hazel Marie Shaw, a/k/a Andrea, with others known and unknown to the grand jury, knowingly persuaded, induced, enticed, and coerced C.V.A. to travel in interstate and foreign commerce, from Costa Rica to the Eastern District of Virginia, to engage in prostitution.

(In violation of Title 18, United States Code, Sections 2422(a) and 2.)

## COUNT FOUR

**Coercion and Enticement**

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 27, 2011, within the Eastern District of Virginia and elsewhere, the defendant, HAZEL MARIE SANCHEZ CERDAS, a/k/a Hazel Marie Shaw, a/k/a Andrea, with others known and unknown to the grand jury, knowingly persuaded, induced, enticed, and coerced W.D.C. to travel in interstate and foreign commerce, from Costa Rica to the Eastern District of Virginia, to engage in prostitution.

(In violation of Title 18, United States Code, Sections 2422(a) and 2.)

## FORFEITURE NOTICE

The Grand Jury finds probable cause for forfeiture as set forth below:

Pursuant to Rule 32.2(a), the defendant is hereby notified that, if convicted of violations of 18 U.S.C. § §1952(a)(3) or 2422(a), alleged in this Indictment, she shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 2428, and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses, including, but not limited to, the following property: any digital devices used to commit the offenses and monetary proceeds obtained through the offenses.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C); Title 18, United States Code, Section 2428, Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.)

A TRUE BILL

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

*Maureen C. Cain* (signature)

By: Maureen C. Cain
Assistant United States Attorney