# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | PLEA AGREEMENT HEARING |
| HAZEL MARIE SANCHEZ CERDAS | Case No. 1:19CR65 |

| | |
|---|---|
| HONORABLE LIAM O'GRADY presiding | Time Called: 11:06 a.m. |
| Proceeding Held: April 24, 2019 | Time Concluded: 11:30 a.m. |
| Deputy Clerk: Amanda | Court Reporter: N. Linnell |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Maureen Cain |
| HAZEL SANCHEZ CERDAS in person and by: | Rahul Sharma |
| INTERPRETER: None | ☐ Interpreter Sworn |

| | |
|---|---|
| ☒ Defense counsel advises that defendant wishes to enter a plea of guilty | ☒ Court advises defendant as to: |
| ☒ Plea Agreement filed | ☒ Elements of the offense |
| ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation | ☒ Maximum penalties |
| | ☐ Mandatory minimum sentence |
| ☒ Defendant sworn | ☐ Forfeiture provision |
| ☐ Defendant advised that false statements made under oath may result in prosecution for perjury | ☒ Sentencing guidelines |
| | ☒ Right to a jury trial |
| | ☒ Waiver of appeal rights |
| ☒ Court questions defendant as to background, education, medical history, drug usage | ☒ Government provides factual basis as set forth in plea agreement |

| | |
|---|---|
| ☒ GUILTY plea entered to Count(s) One of the ☒ indictment, ☐ superseding indictment, ☐ information | ☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea |
| ☒ PSR ordered | ☒ Defendant adjudged guilty |
| ☒ Sentencing set for: August 2, 2019 @ 9:00 a.m. | |

☒ Detention continued; or   ☐ Bond continued:   ☒ as previously set, or   ☐ as modified:

- Government will file motion and order dismissing the remain counts of the Indictment.
- Defendant directed not to have contact with victims.