IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:19-CR-65-LO |
| HAZEL MARIE SANCHEZ CERDAS, | ) | |
| a/k/a HAZEL MARIE SHAW, | ) | |
| a/k/a ANDREA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon Motion of the United States to dismiss Counts 2-4 of the pending indictment against the defendant, it is hereby

ORDERED that Counts 2-4 of the pending Indictment are dismissed.

_____
HONORABLE LIAM O'GRADY
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
Date: April 29, 2019