IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:19-CR-65 |
| | ) | Hon. Liam O'Grady |
| HAZEL SANCHEZ CERDAS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Undersigned counsel for Hazel Sanchez Cerdas, pursuant to Local Rule 57.4, moves this Court to grant *pro hac vice* status to pro bono co-counsel Gregory E. Van Houten, Esquire, so that he can appear on behalf of Ms. Sanchez at all court proceedings. The undersigned states the following in support of this motion:

1.  The defendant, Hazel Sanchez Cerdas, has entered a guilty plea to Count One of the Indictment charging her with Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises.   Her sentencing hearing is scheduled for August 2, 2019.

2.  Gregory Van Houten is an attorney at the law firm of Haynes and Boone, LLP. He has been working pro bono on Ms. Sanchez's case since March 2019.   His law firm is a participating partner in the Federal Public Defender's Pro Bono Counsel Program.   Mr. Van Houten has been supervised by the undersigned, at least one of whom will be present in court with him at all court proceedings.

3.  Mr. Van Houten is an associate at Haynes and Boone, a position he has held since 2018.   Previously, he was an associate at other law firms in Washington, D.C.,

and New York.   Mr. Van Houten is a 2015 graduate of the Georgetown

University Law Center, and is licensed to practice law in the District of Columbia

and New York.   He has been admitted to practice before the United States District

Court for the District of Columbia.   Attached, is Mr. Van Houten's Application

for *Pro Hac Vice* admission before the instant Court.

4.     Given that Mr. Van Houten's work on the defendant's case is pro bono and done

under the auspices of the Federal Public Defender's Pro Bono Counsel Program,

the undersigned also moves for a waiver of the $75.00 *pro hac vice* fee.

Accordingly, for the foregoing reasons, it is respectfully requested that this motion

be granted and that the Court enter the proposed attached order.


Respectfully submitted,

HAZEL SANCHEZ CERDAS
By Counsel


_____/s/_____
Kenneth P. Troccoli, Va. Bar No. 27177
Rahul Sharma, Va. Bar No. 92828
Attorneys for the defendant
Assistant Federal Public Defenders
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800 (T)
(703) 600-0880 (F)
Kenneth_Troccoli@fd.org (email)
Rahul_Sharma@fd.org (email)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2019, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Maureen Cain, Esq.
Office of the U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Maureen.Cain@usdoj.gov

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

_____/s/_____
Kenneth P. Troccoli
Virginia Bar Number 27177
Attorney for the defendant
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0870 (T)
(703) 600-0880 (F)
Kenneth_Troccoli@fd.org (email)
