# EXHIBIT 1:
# MS. SANCHEZ'S LETTER TO THE COURT

Señor Juez

Le escribo esta carta para disculparme con la corte y con mi familia por el daño que he causado y tambien para que sepa que lo siento mucho y que acepto toda la responsabilidad por mi comportamiento y se que debo recibir un castigo por las cosas que he hecho.

Durante el tiempo que he estado encarcelada me he sentido muy deprimida y con mucha ansiedad, Ha sido muy traumatico para mi por estar alejada de mi familia, por primera vez y no poder ver ni abrazar a mis hijos, Tambien teniendo la preocupacion por mi madre que esta muy enferma y depende únicamente de mi para todas sus necesidades.

Tambien en este tiempo he tenido la oportunidad de reflexionar en los motivos que me llevaron a cometer este delito.

He tenido la oportunidad de acercarme más a Dios y de tener una relacion con El. Con la ayuda de el tratamiento psiquiatrico que he tenido en la cárcel me siento mejor, con la mente mas clara aceptandome y queriendome tal y como soy.

Soy originaria de Costa Rica de una familia muy humilde y disfuncional



A los 14 años quede embarazada de mi primer hijo que sufre de Diabetes tipo 1 teniendo siempre que ver por el sola porque nunca tuve la ayuda de su padre.

Me casé con un hombre 20 años mayor ▮▮▮▮▮▮▮▮ conmigo y con mi hijo. tuvimos otro hijo juntos y despues nos abandono tambien.

Intente por ultima vez el tener una familia con mi tercer esposo, con el cual tuve una hermosa niña, pero con el tiempo tambien esa relacion fracasó. y como siempre tuve que salir adelante a pesar de las situaciones que he atravezado en mi vida, sola y con mis hijos.

Hace 8 años cuando todo esto sucedió, yo estaba atravezando por un dificil divorcio de mi tercer esposo, ▮▮▮▮▮▮▮▮ y no se hacia cargo de las obligaciones del hogar.

Al verme en esa situacion y con mis tres hijos todavia en la escuela empece a tomar las malas decisiones que hoy estoy

pagando. No tenía dinero y en ese tiempo ZF que yo creía mi amiga llegó a America y junto con ella empezé a prostituirme ya que necesitaba suplir por mis hijos y al mismo tiempo había perdido la esperanza de ser amada y miré el estar con hombres como una transacción solamente, no quería ser vulnerable otra vez.

████████████████████████████████████

██████████████████ Esto hizo que no tuviera ningún control sobre mis pensamientos y deci- siones de una forma correcta. Solo tra- tando de no pensar en lo que estaba haciendo. Ahí fue donde empezé a hundirme más en ese estilo de vida y pensar que era normal. Decidí buscar otra persona que quisiera hacerlo también, para no estar sola y ganar un poco de dinero. Quiero que sepa que nadie fue obligado de ninguna manera, ni tampoco era menor de edad, aunque eso no justifica mis acciones en absoluto. Esto sucedió durante un año y medio hasta Junio 2012 cuando recapacité y decidí mudar- me a la Florida y dejar todo este episodio atrás. Fue en ese momento que me arrepentí te y me di cuenta que era un delito el que otra persona trabajara conmigo. Me prometí no volver a hacerlo nunca más

Salir de ese estilo de vida ha sido muy difícil y estando en la Florida continue prostituyendo me de vez en cuando.

Ahora tengo mucha esperanza en mi futuro, quiero tener una vida digna y trabajar para poder ayudar a mi familia y poder seguir con el negocio de importar ropa a Costa Rica que estaba haciendo antes de mi arresto.

Espero señor Juez que aunque usted nunca haya atravezado por las dificultades que yo he tenido en mi vida, pueda comprender un poco mis motivos y que me de la oportunidad de estar con mis familiares pronto y seguir trabajando por un futuro mejor.

Sé tambien que no tengo escusa por haber tomado esas malas decisiones pero le ruego que tenga misericordia de mi y me de la oportunidad de hacer las cosas mejor esta vez y demostrarle a todos que estoy arrepentida por haber tomado el camino "facil" que al final termino siendo el más dificil y penoso de mi vida.

Sinceramente

Hazel Sanchez Cerdas.

Honorable Judge:

I write you this letter to apologize to the Court, the community, and to my family for the damage I have caused. I also write to let you know I am very sorry and that I accept all responsibility for my behavior and that I broke the law and that I know I must receive a punishment for the things I have done.

During the time I have been in jail I have felt very depressed and with a lot of anxiety. It has been very traumatic for me to be separated from my family for the first time and not be able to see or hug my children, also having the worry of my mother who is very ill and depends only upon me for all her needs.

Also, during this time, I have had the opportunity to reflect on what made me commit this offense.

I have had the opportunity to grow closer to God and to have a relationship with Him. With the help of the psychiatric treatment that I have had in the jail I feel better, with a clearer mind, accepting and loving my new self.

I am from Costa Rica, from a poor and dysfunctional family

At 14 years old, I became pregnant with my first child that suffers from type 1 diabetes and had to see to him alone because I never had the help from his father.

I married a man who was 20 years older,

I tried one last time to have a family with my third husband, with whom I had a beautiful daughter, but with time that relationship also failed and as always I had to go forward in spite of the situations that I have come across in my life, alone and with my children.

When all of this happened 8 years ago, I was going through a difficult divorce from my third husband

When I saw myself in that situation and with my three children still in school, I started making bad decisions for which I am paying. I had no money and during time, ZF, who I believed was my friend, arrived in America and I began to prostitute myself with her because I needed to provide for my children and because at the same time I had lost the hope of being loved and I saw being with men as only a transaction, I did not want to be vulnerable again.

This made it so that I had no correct control over my thoughts and decisions. Only trying not to think about what I was doing. That is when I started to sink into that lifestyle more and to think that it was normal. I decided to seek someone else that also wanted to do it, so I would not be alone and earn more. I want you to know that neither I nor anyone I know forced anyone to do anything in any way, and no minors were involved, even though that absolutely does not excuse my actions. This took place for a year and a half until June of 2012 when I received and decided to move to Florida and leave this whole episode behind. It was at that moment that I became repentant and became aware that it was a crime for another person to work with me. I promised myself never to do it again.

Leaving this lifestyle has been very difficult and I prostituted myself from time to time while in Florida to help make ends meet.

I now have a lot of hope for my future, I want to have a dignified life and to work in order to help my family and continue with the business of importing clothing to Costa Rica, which is what I was doing before my arrest.

I hope, Honorable Judge, that although we have had different lives, you can understand a little of my motives and that you give me the opportunity to be with my family soon and to keep working for a better future.

I also know that I have no excuse for making those bad decisions but I beg you that you have pity on me and that you give me the opportunity of doing things better this time and show everyone that I am sorry for taking the "easy" path which ultimately turned out to be the most difficult and painful one in my life.

Sincerely,

Hazel Sanchez Cerdas

# EXHIBIT 2:
# SEALED REPORT BY DR. KATHERINE SNABLY

**W O O D B R I D G E  P S Y C H O L O G I C A L  A S S O C I A T E S ,  P . C .**

4320 Prince William Parkway,
Suite 109
Woodbridge, VA 22192

Phone: 703-680-4200

Fax: 703-680-5011

# CONFIDENTIAL
# FORENSIC MENTAL HEALTH EVALUATION

**Name:** Hazel Maria Sanchez Cerdas
**Date of Birth:** April 10, 1974
**Court:** United States District Court for the Eastern District of Virginia
**Charges:** Interstate or Foreign Travel or Transportation in Aide of Racketeering Enterprises, 18 U.S.C. §1952(a)(3) and 2
**Dates of Interviews:** May 24, June 5, July 8, 2019
**Date of Report:** July 18, 2019

## SUMMARY OF FINDINGS

During the course of this evaluation, it was determined that Hazel Sanchez Cerdas has suffered several significant traumas over the course of her life.

## SOURCES OF INFORMATION

1. Clinical Interviews with Hazel Sanchez on May 24, June 5, and July 8, 2019, lasting approximately 5 hours.
2. Presentence Investigation Report, completed by Kelly Smihal, dated June 25, 2019.
3. Alexandria Community Services Board records, March 6 to May 23, 2019.
4. Statement of Facts, United States of America v. Hazel Maria Sanchez Cerdas.
5. Plea Agreement in United States of America v. Hazel Maria Sanchez Cerdas.

William J. Stejskal, PhD · Rita Romano, LCSW · Claudia Bailey, LCSW · Brandie Bartlett, PsyD · Jonathan DeRight, PhD

Karen Fitzgerald, PhD · Nancy Giffen, LCSW · Shauna Keller, PsyD · Robert Levine, PsyD · Jennifer Marshall, PhD

Sahair Monfared, PsyD · Yorvska Salazar, PsyD, LPC · Katherine Snably, PsyD · Elizabeth Wilkins-McKee, LCSW

6. Trauma Symptoms Inventory-2nd Edition.

## REASON FOR REFERRAL

At the request of her attorney, Rahul Sharma, Esq., a psychosocial evaluation was completed on Hazel Maria Sanchez. Ms. Sanchez is a 45-year-old woman who pled guilty to Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises. It is my understanding that this evaluation was requested to provide information about Ms. Sanchez's psychological functioning and to assist in her upcoming sentencing hearing.

## LIMITS OF CONFIDENTIALITY

Hazel Maria Sanchez was interviewed on May 24, June 5, and July 8, 2019, for approximately 5 hours at the William G. Truesdale Adult Detention Center in Alexandria, Virginia. At the beginning of the first interview, Ms. Sanchez was informed of the nature, scope, and purpose of the evaluation, including the relevant limits of confidentiality and privilege. She stated that she understood this explanation and agreed to participate in the evaluation.

## IDENTIFYING INFORMATION

Hazel Sanchez is a 45-year-old female from San Jose, Costa Rica. On April 24, 2019, she pled guilty to one count of Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises. This conviction is the result of events that occurred between October 2010 and December 2018. During part of this time, until 2012, Ms. Sanchez ran a prostitution operation in Virginia involving herself and several other women. Ms. Sanchez facilitated the travel of women in the operation from their native country of Costa Rica to the United States. She also arranged prostitution dates for the women, collecting a portion of the revenue from the dates.After the operation ended, Ms. Sanchez continued to work as a prostitute occasionally in partnership with other women in order to split rental costs and for protection.

Prior to her arrest in February of 2019, Ms. Sanchez was living in San Jose, Costa Rica, caring for her elderly mother.

## RELEVANT HISTORY

### *Early Childhood*
Hazel Maria Sanchez Cerdas was born on April 10, 1974, in San Jose, Costa Rica, to Vitalina Cerdas and Rodolfo Sanchez. Ms. Sanchez has three older brothers with whom she has good relationships.

*Sanchez Cerdas, Hazel Maria*
*1:19CR00065-001*
*July 24, 2019*
*3 of 11*



### *Educational History*

Ms. Sanchez completed elementary school in Costa Rica. Several years later, as an adult, Ms. Sanchez earned the Costa Rican equivalent of a GED. When she came to the United States, she eventually earned an Associates Degree in accounting.

***Substance Use***



***Mental Health History***

***Medical History***
When asked about her medical condition Ms. Sanchez stated that she is relatively healthy and has no current medical issues. Regarding prior injuries, she reported falling from the top of a set of stairs when she was 2-years-old. She lost consciousness briefly and was taken to the hospital for treatment. Due to the fall, she lost all vision in her right eye.

***Employment History***
Ms. Sanchez said she worked in the cafeteria at Disneyland for approximately one year. She said that in the past several years she has been buying clothing in stores in the United States and bringing the clothing to Costa Rica to sell.

***Legal History***
The current charge represents the entirety of Ms. Sanchez's known criminal history.

***Social and Relationship History***
Ms. Sanchez became pregnant with her first child, Eduardo, when she was 14-years-old. Eduardo's father, also named Eduardo, was 18-years-old. Ms. Sanchez and Eduardo married when she was 15-years-old. The marriage lasted for a year-and-a-half before Eduardo left Ms.

Sanchez for another woman. Ms. Sanchez said that he never helped her take care of their son, financially or otherwise. The younger Eduardo was born with Type I Diabetes.

After her marriage to Eduardo ended, Ms. Sanchez was destitute ███████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
██████████████████

Ms. Sanchez's second child, Richard, was born shortly after she and Richard married. Ms. Sanchez, Richard, and her two sons then moved to Los Angeles, California. She eventually found employment in the cafeteria at Disneyland. ██████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████ She reported that after the divorce, Richard did not have contact with their son and did not provide any financial assistance for his care.

Ms. Sanchez met her third husband, David Shaw, approximately 6 months after returning to Costa Rica. They eventually moved to Los Angeles together, got married, and had a daughter named Madison. Ms. Sanchez described her relationship with David in positive terms and said that he was never violent, controlling, or aggressive with her. After living in Los Angeles for a few years they moved to Florida and then to Virginia. ████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
██████████████████ he divorced David, but the two have remained close friends.

████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████



## CURRENT CLINICAL STATUS

### *Mental Status and Behavioral Observations*

Ms. Sanchez was interviewed at the William G. Truesdale Adult Detention Center in Alexandria, Virginia, on May 24, June 5, and July 8, 2019. Each time she was dressed in detention center issued clothing and was well groomed. Ms. Sanchez is of average height and weight and appeared her stated age.

Ms. Sanchez was oriented to person, place, time, and situation during each interview. She was alert and aware of the evaluation process during each meeting. Her memory and concentration were good. Her speech was of normal rate, rhythm and volume. Although English is her second language, she demonstrated excellent command of the language. She had an accent, but she seemed able to articulate her thoughts and feelings clearly. Ms. Sanchez's statements were goal-directed and logical.

During the course of the three interviews it became apparent that Ms. Sanchez minimizes and justifies the ways in which others have taken advantage of her. For example, her description of her relationship with her mother suggests that her mother had been uncaring and unconcerned for Ms. Sanchez's welfare throughout her life.

█████████████████████████████████████████████ Ms. Sanchez did not endorse any other symptoms of mental illness. She denied experiencing auditory or visual hallucinations and did not appear to be responding to internal stimuli during any of the interviews. She did not display any bizarre delusions, paranoia, or any other symptoms suggestive of a psychotic disorder. Ms. Sanchez denied experiencing suicidal or homicidal ideation.

Interpersonally, Ms. Sanchez was personable, polite, and cooperative. She made appropriate eye contact during the interview. She impressed as falling in the Average range of intellectual functioning, due to her speech, educational attainment, and level of concept formation. She appeared to have insight into her behaviors and good judgment at the time of the clinical interview.

### *Circumstances of the Offense*
When asked about the circumstances surrounding the offenses, Ms. Sanchez provided a version of the offense which was consistent with the version found in the Statement of Facts.

## TEST RESULTS

As part of this evaluation, Ms. Sanchez was given the Trauma Symptoms Inventory, 2nd Edition (TSI-2). The TSI-2 is a 136-item self-report measure of post traumatic stress and related symptomatology. There are 12 clinical scales which are divided into four factors: Self-Disturbance (SELF), Posttraumatic Stress (TRAUMA), Externalization (EXT), and Somatization (SOM). The average score for clinical scales and factors is 50 and there is a standard deviation of 10, meaning that any score above 65 is clinically significant.

There are two validity scales, Response Level (RL) and Atypical Response (ATR). The RL scale reflects the respondent's tendency to deny symptoms that others commonly endorse. The ATR scale reflects over endorsement of trauma related symptoms that others, even those with significant posttraumatic symptomatology rarely express to a major extent. Ms. Sanchez's scores for these scales were within the acceptable range, meaning that she produced a valid protocol which can be interpreted.





## CONCLUSIONS

Hazel Sanchez Cerdas is a 45-year-old woman currently detained at the William G. Truesdale Adult Detention Center in Alexandria, Virgina. She is before the Court after pleading guilty to Interstate or Foreign Travel or Transportation in Aid of Racketeering Enterprises. It appears as though the following factors may help clarify the context of Ms. Sanchez's decision-making process while engaging in the referral offenses:







4)

5)



**RECOMMENDATIONS**

In light of the aforementioned factors, Ms. Sanchez's responsiveness to habilitation and rehabilitation programming, will be enhanced by the following:



The opinions above represent the information available to me at the time of this writing (that is, the sources listed earlier in this report), and may be subject to modification if additional information becomes available. Please do not hesitate to contact me should you have any questions.

Sincerely,

Katherine Snably, Psy.D.
Licensed Clinical Psychologist

# EXHIBIT 3:
# LETTER FROM EDUARDO SANCHO
# (MS. SANCHEZ'S SON)

Dear Judge,

First, I would like to thank you for the opportunity to write this letter for you to take into consideration when sentencing my mother Hazel M Sanchez. My name is Eduardo A Sancho, I am 29 years old and I live in San Jose Costa Rica. I currently work as a customer service assistant at CMA CGM handling logistics for incoming cargo to the US via cargo vessels and barges.

Before moving to Costa Rica 4 years ago I have lived all of my childhood and a pretty good portion of my adult life either under my mother's roof or very close to her. My mother and me have a very close relationship in which there are very few secrets or things we don't discuss with each other. I consider my mom my best friend, my unconditional cheerleader, my sponsor, and one of the few people who genuinely have my best interest in mind when giving me advise.

Id like to begin by giving you an idea of my memories with my mom so you might understand why I feel she is a great person who has overcome overwhelming odds to make sure me and my two younger siblings got ahead in our lives.

My mother comes from one of the most impoverished and dangerous neighborhoods here in Costa Rica. She became pregnant with me when she was 14 years old and instead of handing me off to my grandparents or giving up, she left her disapproving parents house and moved us into a tiny one-bedroom apartment no bigger than an average kitchen. I have never been close to my father and have no memory of him coming around with milk or food to help us. I don't remember very much about the first years of my life but I have visited that small apartment and I have seen first hand what happens to single teenage mothers in third world countries and I have to say that I have always respected my mother for not only surviving but thriving and giving me and my brother and sister the incredible opportunities that we have had thought our lives.

Years later when I was about 6 years old, my mother moved us to Los Angeles. She had married an American named Richard Weaver who at first seemed like a nice guy.

. This continued until my mother got divorced and re-married to David Shaw. David Shaw was the only real father figure me and my brother have ever had. He taught us how to be men and gave my mom the opportunity to go to school, to have friends, and to become the American she always was meant to be.

Over the years my mom has instilled many life lessons onto me to ensure I was a good person. I can confidently say my mom would not mind if I was someone who dressed oddly, or if my sexual orientation was different or even if my social standing

was as low as it can be, as long as I respected myself and others. I have never seen my mom be racist or discriminatory towards anyone. My mom would just as easily eat at a five-star restaurant as she would eat rice and beans at the house of an old friend who only has the means to serve that. Kids in the neighborhood where she grew up always ask me when she is coming because she always brings something for them when she comes visit. I can remember countless Halloweens when my mom would take a big portion of our candy and but it in a suitcase for kids here in Costa Rica.

My mom has also always instilled the idea that family is most important. She visits my elderly grandma multiple times a year, she pays for her caregiver and does absolutely everything possible to mend the relationship between her and my grandmother even though her childhood and young adult life was full of tribulations that can arguably be attributed to her parents. I personally have broken my mothers' heart many times as I'm sure most sons can say, but my mom has never turned her back on me or let me think for a second that she didn't care.

My mom has always told me she wants to open up a clothing store or a restaurant. She always makes food and says "how much would you pay for that in my restaurant?" or if I tell her it was delicious, she always jokes "ok, Ill add it to the menu then". Her favorite channel on TV is The Food Network and a thanksgiving or Christmas at my house is no joke if she has some new turkey recipe or a new way to roast a ham. She has always been great with people and I feel given the opportunity, she would focus her energy on this dream.

One last thing I think is important for you to know about my mom is that she might look strong, determined, and unfaltering, but she is sensitive. She is the kind of person who gets hurt or knocked down and will never let you see her shed a tear, but in the privacy of her car or her room, or in this case her cell, she cries into her pillow not because she wants out or wants this situation to end. But because she knows there are people like me, my brother and sister, my daughter, my uncles and grandmother, who miss her dearly and genuinely need her. My mom is the glue that holds my family together, she is the light that we use in darkness. I hope you see these characteristics in my mom and find it wise to let her continue her journey and trust that she has learned a lesson.


Thank you very much for taking the time to read this.


*Eduardo A. Sancho*

June 12th 2019

# EXHIBIT 4:
# LETTER FROM VITALINA CERDAS GUZMAN
# (MS. SANCHEZ'S MOTHER)

18  de junio del 2019, San José Costa Rica

Dear Jugde

Mi nombre es Vitalina Cerdas Guzmán, ID ████████ ciudadana Costarricense por nacimiento.

Soy madre de  Hazel María Sánchez Cerdas  ID ██████████ la cual puede decir lo  siguiente:

Que  mi  hija  es  una  persona  cariñosa,  bondadosa  y  muy compasiva.    También, de muy buenos sentimientos y solidaridad para con los demás, podría decir tantas cosas bellas de ella, y quisiera decir que nunca ha tenido problemas con la ley.

Reconozco que ella cometió un error y por el cual debe pagar, pero si pido clemencia como  madre,  me hace mucha falta y he sufrido mucho. Le ruego a  Dios para que mis palabras le ayuden a  tomar la decisión de darle la libertad, tomando en cuenta estos meses atrás que ha estado presa, creo que ella aprendió que hacer lo incorrecto delante de Dios y del hombre, debe pagarse y muy caro.

Con todo mi dolor quedo en espera de una respuesta favorable para mi hija la cual espero con ansias, y agradeciendo la atención que le brinde, Señor juez.

Sinceramente

*Lerelas/*

**Vitalina Cerdas Guzmán**
   **Madre, ID** ██████████





18th of June, 2019.  San Jose, Costa Rica

Dear Judge:

My name is Vitalina Cerdas Guzman, ID ███████, a Costa Rican citizen by birth.

I am the mother of Hazel Maria Sanchez Cerdas, ID ████████, who can say the following:

That my daughter is a caring, kind, and very compassionate person.  Also, she is very sympathetic to others, I could say so many beautiful things about her, I would like to say that she has never had trouble with the law.

I recognize that she made a mistake for which she must pay, but I plead for clemency as a mother - I miss her very much and I have suffered a lot.  I pray to God that my words help you make the decision to grant her liberty, taking into account these last months that she has been incarcerated.  I think she has learned the lesson that doing wrong in front of God and man must be paid, and paid dearly.

With all the pain feel, I await a favorable response for my daughter, who I miss anxiously, thanking you for the kind attention you might show her.

Sincerely,

Vitalina Cerdas Guzman
Mother, ID ██████████

**EXHIBIT 5:**
**LETTER FROM RICHARD WEAVER**
**(MS. SANCHEZ'S SON)**

Richard Weaver

Son

Dear Judge,

My name is Richard Weaver and I am Hazel's son of 25 years of age. I am one of her three children. I work for a financial institution and have worked as a loan processor as well as an Account Manager for the businesses we partner with. I also am learning about leadership and business development.

My mother has always been an example of character to me in my opinion. In her relationships in our family and friendships, she would display kindness, grace and always give in abundance. She would be quick to take her eyes of herself in order to make sure that others could live in peace.

One of my mother's core values she has taught me is to give back in abundance. Anytime we were out and someone would ask for a few dollars to eat or get through their day she would provide us with the money to give away so we would understand the importance of giving. She also helped develop a security program in the community she grew up in to combat the crimes that were occurring.

My mother and I have been talking several times a week since February of this year. Basically as much as possible. Throughout this time she has expressed much remorse and speaks so much of the hope and dreams she has for the future. She wants to start a career and even purchase a home so we can have a place where our family can gather to be together. She wants to be able to have everyone together as she has explained that the most important thing to her is to be able to spend time with her family.

For her and me the same, our hopes are to soon be able to create new and warm memories in life together.

Sincerely yours,

Richard Weaver

*Richard Weaver*

# EXHIBIT 6:
# LETTER FROM MADISON SHAW
# (MS. SANCHEZ'S DAUGHTER)

Dear Judge,

My name is Madison Shaw and I am the daughter of Hazel Sanchez Cerdas. I would just like to write you to give some insight on who my mother is. In my almost 20 years of living I have never known love so whole heartedly, unconditionally, and unending as the love of my mother. She is the most honest, strong willed, caring, and persevering woman I know. Every day I try to model the woman I am after the woman she has taught me to be. She has helped sculpt me in every aspect of myself. I remember she gave me the first makeup that I ever used when I was 12, including a liquid eyeliner pen that I have not stopped using every single day in almost 8 years now. She taught me that I am resilient and I can get through anything. I remember when I was 13 years old and broke up with my first "serious" boyfriend (as serious as one can take love at 13). I went home from school and cried in her arms. She didn't speak she just held me and rocked me back and forth as she pet my hair and let me give up all of the pain I was feeling. Once I was out of my hysterics she held my face and looked me in the eyes as she said "you are beautiful, anyone who cannot see how amazing, smart, and kind you are doesn't deserve you." She smiled and told me she knew exactly what I needed. She took me to the mall and we picked out a pretty dress with white patterns on it and some new mascara, and bright red converse shoes. She told me that the next day I was going to go to school and wear all of this and I was going to keep my head up and act like I didn't even know him. I had never gotten so many complements in my life the next day. I had forgotten all about him. And now, 8 years later, she has seen me through 3 more boyfriends, 4 friendships ending, and a very long road to college. My mother always told me I didn't need anyone except myself and my family, and that my family will be the only ones for me when all is said and done. And this is me being here for her now. My mother has laughed with me (mostly at movies she wanted to watch but never finished because she fell asleep half way through), she's cried with me, she's picked me up when I was down, and has brought me down when I was on my high horse. Every day she tells me I am the best daughter she could have ever asked for, but as many times as she's said "your moms always right" she's wrong here. She is the best mother anyone could have ever asked for. I never had an older sister, and with two older brothers and my dad I was often outnumbered. She was a mother, a hero, an older sister, and a best friend all in one. If God let me pick my parents in heaven I must've just picked by random and lucked out. She is honestly more perfect and precious then anything I could ever dream up. I miss her, I know for a fact she is unbelievably sorry for what she has done, she tells me every day all she can do is keep it together and wait patiently for our sake. I tell her to stay strong and keep her head up just like she told me so many years ago. Her mantra has always been "adapt, improvise, and overcome" and "we are girls, we have to be strong, because no one else can do that for us" and I just remember those phrases in everything I do every day. From working two jobs to put myself through college, to the endless nights of studying for an incredibly difficult degree. I remember what she has taught me and I know I can do anything. I do everything with her in mind and to make her proud, I study so that I can give her a better life one day and care for her the way she deserves. I sit here, in Tallahassee Florida, on campus every day waiting patiently until the day that I can see her again. I have already missed her birthday, mother's day, and I will miss my birthday with her. Please, let me spend Christmas and thanksgiving with her like we do every single year no matter where in the world any of the family is. I love her, and I miss her more than anything in the world. I know she's strong, I just want her to be strong next to me.

Sincerely,

Madison Shaw



# EXHIBIT 7:
# LETTER FROM RODOLFO SANCHEZ
# (MS. SANCHEZ'S BROTHER)

04 de junio del 2019, San José Costa Rica

Querido Juez

Mi nombre es Rodolfo Sánchez Cerdas, ID ███████ soy ciudadano Costarricense por nacimiento.

Conozco a Hazel Sánchez, ID ███████ desde hace su nacimiento, pues soy hermano mayor.    La opinión que tengo de Hazel Sánchez es que es una persona sensible, bondadosa y muy compasiva.    Tiene una gran capacidad para sentir afecto, compasión, buenos sentimientos y solidaridad para con los demás.        Es de esas personas que no soporta tampoco ver a alguna persona que esté pasando una situación de gran pobreza y necesidad, pues ella se apronta a ayudar, aun sin conocer a la persona.   Todos los años lo he observado y he admirado esa cualidad en ella que la destaca como noble y muy humana.

La personalidad es extrovertida, pues tiene una alta tendencia a las relaciones sociales y eso se reconoce en la Ciudad de Tibás, San José Costa Rica, de donde es oriunda.   La gente observa en ella un magnetismo que indudablemente las atrae a ella, pues siempre está de buen humor, es alegre, feliz, muy simpática y por ello no conozco una sola persona que no le agrade ella.

Por ejemplo, siempre saluda con el "Buenos días" con una sonrisa, pregunta por el estado de los familiares de las personas que se encuentra en la calle y muestra pena cuando las noticias no son buenas, sea porque el familiar está enfermo o enfrente una difícil situación o problema económico o familiar.        Otra cualidad que le reconoce la comunidad es su participación y apoyo en actividades comunales, como ventas comunales de comida y bebidas en el parque-plaza de la comunidad, para recaudar fondos para el aseo y ornato.   Ella siempre participa, séa llevando comida, participando en las actividades y ayudando al que lo necesite, lo he visto, cuando ella ha estado en la comunidad.   Posee una linda sonrisa y una risa contagiosa, la cual extraño.

En relación al delito por el que se le condenó y si bien no hay justificación para ello, ha tomado consciencia de lo que ha hecho y muestra arrepentimiento por el error cometido y por ello pido humildemente otra oportunidad para que pueda demostrar que este error le dejó la enseñanza de que la libertad es un regalo inapreciable que la vida nos da y estoy seguro de que ahora en adelante vivirá una vida recta y conforme a la Ley.

Respecto a su futuro.  Una vez que haya finalizado esta dolorosa situación, sé que de ahora en adelante todos sus proyectos de vida se harán de la forma correcta observando los patrones y lineamientos establecidos por las leyes y la sociedad, amparado en un marco de legalidad.      Sé que ha aprendido que el dinero y viene fácil y que hay que trabajar duro y de forma recta para obtenerlo.

Imploro a Dios para que mis palabras le ayuden y le iluminen Honorable Juez a tomar la decisión de darle la libertad considerando el tiempo que ha estado en prisión como suficiente pena y castigo.


Atentamente,


**Master Degree Finance**
**Rodolfo Sánchez C.**

**Public Accountant and Auditor #2180**
**Public Accountants School of Costa Rica**
**San Juan de Tibás, San José**
**Costa Rica**

June 4th, 2019
San Jose, Costa Rica

Dear Judge

My name is Rodolfo Sanchez Cerdas, ███████████ and I am a Costa Rican citizen by birth.

I have known Hazel Sanchez, ID ███████████ since her birth since I am her eldest brother.  The opinion of have of Hazel Sanchez is that she is a sensible, kind and very compassionate person.  She has a great capacity to feel affection, compassion, good feelings and solidarity for others.  She is that kind of person that cannot stand to see someone who is going through a situation of great poverty and need because she begins to help, even without knowing that person.  I have seen it every year and have admired that quality in her which distinguishes her as noble and very human.

The personality is extroverted because she has a high propensity for social relationships, and that is known in the city of Tibas, San Jose, Costa Rica, from which she originates.  People see in her a magnetism that undoubtedly attracts them to her, because she is always is in a good mood, she is happy, very agreeable and for that reason I don't know a single person who does not like her.

For example, she always gives the "Good day" greeting with a smile, asks about the wellbeing of the family of people she meets on the street and shows sorrow when the news is not good, whether it is because the family member is ill or facing a difficult situation, or financial hardship or a family issue.  Another quality the community recognizes in her is her participation and support for community activities, such as community food and drink sales at the community park raising funds for cleaning and decoration.  She always participates, be it taking food, participating in activities and helping those that need it, I have seen it when she has been in the community.  She has a beautiful smile and a contagious laugh, which I miss.

With regard to the offense for which she was condemned and while there is no justification for it, she has become aware of what she has done and shows remorse for the mistake made and that is why I humbly ask another opportunity so that she can show that this error taught her that liberty is an invaluable gift that life gives us and I am sure that she will live a righteous and lawful life from now on.

With regard to her future.  Once this painful situation is over, I know that from here on all her life projects will be done in the correct manner, observing the patterns and guidelines established by law and society, covered within the legality framework.  I know that she has learned that the money (sic) and comes easily and that one should work hard and in the correct manner to obtain it.

I pray to God that my words help you and illuminate you, Honorable Judge, to make the decision of giving her liberty, considering the time she has spent in jail as enough penalty and punishment.

Kind regards,

/signature/

Master Degree Finance
Rodolfo Sanchez C.
████████████
Public Accountant and Auditor
Public Accountants School of Costa Rica
San Juan de Tibas, San Jose
Costa Rica

**EXHIBIT 8:**
**LETTER FROM RANDALL SANCHEZ**
**(MS. SANCHEZ'S BROTHER)**

11 de Junio del 2019, San José Costa Rica

Honorable Rahul Sharma
Juez

Mi nombre es Randall Sánchez Cerdas, Id ▮▮▮▮▮▮ ciudadano costarricense por nacimiento.

La presente es para saludarle y a la vez comentarle que conozco a Hazel Sánchez Cerdas, ID ▮▮▮▮▮▮
de toda la vida puesto que soy su hermano, y no es porque seamos familia, pero de Hazel solamente
acciones buenas puedo mencionar, ella es una persona de un gran corazón que siempre ayuda a las demás
personas, ella está muy pendiente de nuestra madre que es una persona mayor y al ser la única hija mujer
existe una unión muy fuerte entre ellas.

Hazel es una persona de gran nobleza, de gran sentido de desprendimiento que al enterarse de que alguna
persona está con necesidad ella se encarga de ayudarla en todo lo que está a su alcance.

Mi hermana siempre dijo "Presente" a actividades de la comunidad, recuerdo que todos los años realiza
su donación incógnita a la Teletón de mi país a favor de los niños con Cáncer, esto porque ella me decía
que le destroza el corazón ver niños con ese tipo de enfermedades, por eso contribuía siempre de alguna
manera y la admiro mucho por ese sentimiento tan grande.

A mi personalmente me ha ayudado mucho y le guardo un cariño muy grande por cada una de esas
ayudas.

Ella es una persona que acude de primero en ayudar a los demás, inclusive a personas que conoce poco o
no conoce del todo pero que al conocer su historia ella es la primera en ayudar y nunca le ha hecho daño
a nadie, al contrario, solo cosas buenas podemos decir de mi hermana quienes tenemos la suerte de
conocerla.

Como persona Hazel es una persona admirable, fuerte, muy inteligente y muy trabajadora, la he admirado
toda la vida por su forma de ser.

Hazel es una mujer muy alegre, la familia completa la quiere mucho y cuando ella llega a un lugar
fácilmente se convierte en el centro de atención por su forma de ser tan alegre y amable, ella siempre
posee una sonrisa en su rostro y trata a todos por igual, para ella todas las personas somos iguales y las
trata con respeto.

Honorable señor Juez, sé que a ella se le acusa de un delito en los Estados Unidos de América el cual no
justifico y hasta lo catalogo de inaceptable, sé que fue una mala acción pero también sé que para mi
hermana a sido una experiencia que no olvidará nunca, conociéndola a ella sé del arrepentimiento que

existe en su corazón por el error cometido y que nunca volverá a repetir, por eso le pido de la manera mas humilde tome en cuenta mis sinceras palabras y le brinde una nueva oportunidad, ella sabrá como retribuir la confianza que le depositen de la forma que mejor lo sabe hacer y es siendo un gran ser humano, respetando y haciendo respetar las leyes de cada país, trabajando de forma fuerte honrada por todos y cada uno de los días de su vida.

Honorable señor Juez, le pido compasión y comprensión para mi hermana y nos brinde a mi madre, hermanos y a mí el mejor regalo de amor, algo que no olvidaremos nunca y es el devolverle la libertad a mi hermana y que así podamos verla y compartir con ella como siempre, la extrañamos mucho y queremos abrazarla pronto y llorar con ella, pero en esta ocasión de felicidad, pido a Dios y a su persona así sea.


Me despido atentamente,


Degree in Computer Science
Randall Sánchez Cerdas

Ciudad de Naranjo, Alajuela
Costa Rica.

June 11th, 2019

San Jose, Costa Rica

Honorable Rahul Sharma

Judge

My name is Randall Sanchez Cerdas, ███████████, a Costa Rican citizen by birth.

This letter is to greet you and at the same time to tell you that I have known Hazel Sanchez Cerdas, ID █ ███████ all my life since I am her brother, and it isn't because we are family, but I can only tell you of good actions from Hazel, she is a person of a big heart who always helps other people, she is very watchful over my mother who is elderly and being the only daughter there is a very strong bond between them.

Hazel is a person of great nobility, of a big sense of detachment, who upon learning that someone is in need she takes care of helping them in every way that she can.

My sister always said "Present" at community activities, I remember that she donates incognito every year to the Telethon for Children with Cancer in my country, because she said it destroys her heart to see children with that kind of illness, that is why she always contributed in some way because of that great feeling.

Personally, she has helped me a lot and I cherish her greatly for that help.

She is a person who attends to others first, even to those she knows very little or not at all, but that upon learning of their history she is the first to help and she has never harmed anyone.  On the contrary, we can only say good things about my sister, whom we have the good fortune of knowing.

Hazel, as a person, is an admirable, strong, very intelligent and hard-working person, I have admired her my whole life because of the way she is.

Hazel is a very happy person; the whole family loves her very much and when she goes someplace, she easily turns into the center of attention for her kind and happy way of being.  She always has a smile on her face and treats everyone as equals.  For her, we are all equal people and she deals with everyone with respect.

Honorable Judge, I know she is accused of an offense in the United States of America which I don't justify and I even categorize it as unacceptable, I know it was bad behavior but I also know that it has been an unforgettable experience for my sister, knowing her, I know of the regret which exists in her heart for the mistake she made and that she will never commit again, that is why I ask you, in the most humble manner that you take my sincere words into account and provide her with a new opportunity, she will know how to repay the trust they place in her in the best way she knows how and that is being a great human being, respecting and making others respect the laws of each country, working hard and honestly for each and every day of her life.

Honorable Judge, I ask for compassion and comprehension of my sister and that you provide my mother, siblings and I the best gift of love, something we will never forget and that is to give liberty back to my sister and that that way we can see her and share with her as always, we miss her a great deal and we want to hug her soon and cry with her, but ask God and you that this occasion of happiness occurs.


Kind regards,

/signature/

Degree in Computer Science
Randall Sanchez Cerdas
██████████
City of Naranjo, Alajuela
Costa Rica

# EXHIBIT 9:
# LETTER FROM DAVID SHAW
# (MS. SANCHEZ'S EX-HUSBAND)

Dear Judge,

My name is David Shaw and I am Hazel Sanchez Cerdas' ex-husband. I currently work as a Desktop Support Specialist for Cordicate IT. Hazel and I met in 1996 in Costa Rica. Although we were divorced in 2012, we remain close friends and I must say she is my best friend. We have 3 children and although we live in different parts of the country, we are all very close.

The one thing I can say about Hazel, without any hesitation, is that she is the most selfless person I've ever met. She would literally give you the shirt off her back. I've seen her feed homeless children on the streets of Costa Rica while we were eating at a restaurant. When everyone else just ignored them, Hazel stepped up. Everyone in her family and neighborhood, either in Costa Rica, Los Angeles, Florida or Virginia would say the same. She is the first to lend a helping hand whether asked to or not.

She loves and treats her family in the same selfless way. I remember Hazel traveling back and forth to Costa Rica to take care of her elderly mother while she underwent brain surgery. Hazel ended up paying for everything because her siblings, although they could afford it, refused to contribute. She also made all the arrangements and paid for her niece's quinceanera (sweet fifteen) because her brother could not afford it.

Hazel has expressed to me that she regrets the decisions she made that landed her in front of you. She also told me that if she could go back she would choose the correct path. Hazel got her US citizenship while we were together and she told me that when all of this is behind her she just wants to get a job and pursue the American dream like any of us.

Sincerely,

David Shaw
6/1/19

# EXHIBIT 10:
# PHOTOS OF MS. SANCHEZ AND HER FAMILY



Ms. Sanchez with her granddaughter



Ms. Sanchez with her mother



Ms. Sanchez with her son



Ms. Sanchez with her family

# EXHIBIT 11:
# CONTEMPORANEOUS COMMUNICATIONS BETWEEN MS. SANCHEZ AND MRF

**From:**      HAZEL SANCHEZ ███████████████

**Sent:**      Monday, November 22, 2010 4:30 PM

**To:**        m████████████████

**Subject:**   RE:

M████  llameme porfa urgente

---

Date: Sat, 9 Oct 2010 22:41:24 -0600
Subject: Re:
From: m███████████████
To: haze████████████

hola  !!!
hazel .... como estas ??
1 : mami  espero  que  estas fotos  te sirvan trate  de  entrar hoy  a eros  la  pagina  y  se  me fue  imposible
hazel  yo queria  pedirte  un favor  si  exite  la  posibilidad  de  en las  fotos   no  se  vea  mi cara , ya  que
yo  tengo  a mi  novio que  vive  alla  y la  verdad el   no sabe  lo que  yo hago aveces  que  me cuides  en
esa  parte , ya  que  mi  ex esposo  viaja  mucho a U. S, A , tambien  y por mi hijo  que  tiene  11 anos

2 : a mi  me  gustaria  saber que tipo  de ropa  tengo  que  llevar

3: Voy  muy optimista  con la  buena  vibra  y  espero  que  nos  entandamos  muy  bien
   Un millon  y nos  vemos  el lunes
m████

El 8 de octubre de 2010 15:44, HAZEL SANCHEZ ███████████████ > escribió:

> Hola M████,
> Te acabo de enviar los datos de el vuelo.
> Necesito que me envies las fotos con las que vas a trabajar lo mas antes posible.
> Nicole dice que ella necesita la comision, yo le voy a enviar la mitad y cuando usted esta aqui me los
> devuelve junto con lo del ticket. Yo trbajo de la siguiente forma
> 15 minutos: De 100 30 mios 70 suyos (son muy pocos los de 100)
> Media hora De 150  60 mios 90 suyos
> 1 hora reg: De 200 80mios  120 suyos
> 1 hora eros: 260 120 mios 140 suyos(muchos)
> Espero tus fotos por favor
> Nos vemos el Lunes
> Andrea

**From:**      HAZEL SANCHEZ ███████████████ >
**Sent:**      Monday, November 22, 2010 4:30 PM
**To:**        m███████████████████
**Subject:**   RE:

M████, please, call me immediately

---

Date: Sat, 9 Oct 2010 22:41:24 -0600
Subject: Re:
From: m█████████████████
To: haze█████████████

hello !!!
hazel... how are you?
1: mommy I hope that these photos help you I tried to enter today to eros, the page and it was impossible
hazel I wanted to ask you a favor, if it is possible photos do not show my face, since  I have my boyfriend who lives there and he does not know what I sometimes do I need you to take care of me in that regard since my ex-husband travels a lot to USA.   And for my son too who is 11 years old


2: I would like to know what kind of clothes I have to take

3: I'm very optimistic with the good vibes and I hope that we get along very well
   Thanks a lot and see you on Monday
m█████

On October 8, 2010 03:44 PM, HAZEL SANCHEZ ████████████████ wrote:

> Hi M████,
>  I've just sent you the flight information.
>  I need you to send me the photos you will be working with as soon as possible.
> Nicole says she needs the commission, I am going to send half and when you are here
>  you pay me back with the ticket. I work as follows
> 15 minutes:  out of 100, 30 are mine, 70 are yours (very few are 100)
> Half an hour 150  60 are mine and 90 are yours
> 1 hour reg: Out of 200 80 are mine  and 120 are yours
>  1 hour eros: 260, 120 mine, 140 yours (a lot)
>  I'm waiting for your photos, please
>  See you on Monday
>  Andrea

**From:**     HAZEL SANCHEZ █████████████████
**Sent:**     Friday, October 8, 2010 9:45 PM
**To:**       m████████████████████
**Subject:**

Hola M████,
  Te acabo de enviar los datos de el vuelo.
  Necesito que me envies las fotos con las que vas a trabajar lo mas antes posible.
Nicole dice que ella necesita la comision, yo le voy a enviar la mitad y cuando usted esta aqui me los
  devuelve junto con lo del ticket. Yo trbajo de la siguiente forma
15 minutos: De 100 30 mios 70 suyos (son muy pocos los de 100)
Media hora De 150  60 mios 90 suyos
1 hora reg: De 200 80mios  120 suyos
  1 hora eros: 260 120 mios 140 suyos(muchos)
  Espero tus fotos por favor
  Nos vemos el Lunes
  Andrea

**From:**      HAZEL SANCHEZ █████████████████

**Sent:**      Friday, October 8, 2010 9:45 PM

**To:**        m███████████████████

**Subject:**

Hi M█████,
 I've just sent you the flight information.
 I need you to send me the photos you will be working with as soon as possible.
Nicole says she needs the commission, I am going to send half and when you are here
 you pay me back with the ticket. This is how I work
15 minutes:  Out of 100, 30 are mine, 70 are yours (there are very few of 100)
Half an hour: Out of 150,  60 mine, 90 are yours
1 hour reg: Out of 200 80 are mine  and 120 are yours
 1 hour eros: 260, 120 mine, 140 yours (a lot)
 I'm waiting for your photos, please
 See you on Monday
 Andrea

**From:** m█████████████████████████

**Sent:** Thursday, April 7, 2011 4:35 PM

**To:** HAZEL SANCHEZ█████████████████

**Subject:** Re: pastillas de su mama

ok  mama
con  mucho  gustoo
y cualquiercosa
 me avisas
kiko y yo  otra vez entramos en juicio por █████
y las cosas estan de color de hormiga
 mas  bien si me podes mandar el cel del abogado tuyo
mami
te lo agradeceria
mucho
 saludos a todas y muchas bendiciones


El 4 de abril de 2011 15:04, HAZEL SANCHEZ ██████████████████ escribió:
 Hola M██.
Muchas gracias por darle las pastillas a mi hermano.
 Manana llega la caja suya de ebay. Espero que todo este bien. Saludos

Date: Sat, 2 Apr 2011 11:09:29 -0600
Subject: pastillas de su mama
From: m█████████████████
To: hazel█████████████████

hazel ya le di las pastillas a su hermano
ok mama
espero q todo este bien
decile a glory q espero la caja y mami no se olviden me mi caja de ebay
un abrazo muy fuerte
bye
margarita dice q te ha estado llamando mama
q le urge hablar con vos
bye un abrazo m██

**From:** m███████████████████████████

**Sent:** Thursday, April 7, 2011 4:35 PM

**To:** HAZEL SANCHEZ ████████████████████

**Subject:** Re: Your mother's pills

---

ok   mama
my   pleasureee
and if anything
  you tell me
kiko and I  are on trial again for ███████
and things are not shiny
 so  if you can send me your lawyer's number
mami
I would really appreciate
it
   Greetings to all and many blessings


On April 4, 2011 15:04, HAZEL SANCHEZ ████████████████wrote:
 Hi M███.
Thank you very much for giving the pills to my brother.
 Your ebay box arrives tomorrow. I hope everything is OK. Regards

---

Date: Sat, Apr 2 2011 11:09:29 -0600
Subject: pills for your mother
From: m████████████████
To: hazel███████████████


I already gave the pills to your brother
ok mama
I hope everything is OK
Tell Glory that I'll be waiting for the box and don't forget of my ebay box, mami
a big hug
bye
Margarita says she has been calling you mama
and that she really needs to talk to you
bye, a hug m███

**From:** m█████████ ████████████████████

**Sent:** Monday, July 25, 2011 8:49 PM

**To:** HAZEL SANCHEZ █████████████████████

**Subject:** Re:

CLAROOOO LLAMEME
   AQUI  TOY   MAS  BIEN TENGO QUE CONTARTE Q DENEUCIE A KIKO  PQ CAMBIO Y
SE LLEVO A █████████   PARA OTRA  ESCUELA
LLAMMAME TENGO MUCHAS COSAS  QUE CONTARTE
CUIDATE  MUCHO  MI CEL ES
██████2
Y EL CEL DE MARGARITA  ES ███████████
BESITOS Y CUIDATE MUCHO
BYE  M████
DISFRUTA  MUCHOOOOOOO


El 25 de julio de 2011 13:55, HAZEL SANCHEZ <███████████████> escribió:
   Hola mi chiquita,
   Estoy en Tamarindo hasta el Domingo.
   Yo la llamo el Lunes para ver si puedo hablar con usted que me urge antes de irme.
   Si puede me manda el numero de Margarita para ponerme de acuerdo con ella please.
   Besitos cuidese

Date: Mon, 11 Jul 2011 20:18:00 -0600
Subject: Re: RE:
From: m████████████████
To: hazel████████████████

Hola  hazel se me olvido decirte q hace unos dias  le di  tu mensaje a margarita
..Espero de todo corazon te hayas  comunicado con ella ..
Bueno llamame  apenas  llegues a Costa Rica
este  es mi cel
██████████
bye
un abrazo  y saludos
m████

El 5 de julio de 2011 23:20, M████ ████████████████████ escribió:
         Hola ...
         Vieras q de la marguis se muy poco se q cambio el celular , pero yo no lo tengo  hable
         con ella hace tiempillo ... Y no hemos vuelto hablar.  Yo hablo con ella por el
         Facebook ....

Decile y Gi q hable con ella o q te la localice. Por medio del Facebook creo q son
amigas , creo no estoy muy segura ....
Ojalá. Si podamos. Hablar llamame apenas estas aquí.
Que dicha saber q todo esta bien me alegro mucho ..
Saludos para vos también
Un abrazo fuerte

Enviado desde mi iPad

El Jul 4, 2011, a las 11:12 PM, HAZEL SANCHEZ ██████████████████
escribió:

> Yo queria saludarla y preguntarle si le llego el alambre aquel.
> Tambien preguntarle por Margarita que no tengo el numero de ella.
> Yo voy a llegar a costa rica el 14 de julio. Talvez la pueda ver.
> Si puede digale a Margarita que me llame.
> Aqui todo gracias a Dios todo esta muy bien. Cuidese saluos

---

Date: Sun, 3 Jul 2011 12:59:43 -0400
Subject: Re:
From: m███████████████████
To: hazel████████████████

hola  hazel  dime   en estos  dias   no te  puedo llamar  ya que  me
encuentro en cancun
y regreso el  10  de julio ...
pero  en loo que pueda servirte  dime ...
espero  que todo  este  bien
y te digo  una  cosa que  odiosa  la paloma  nunca  mas  supe  de ella
y  la  que  odiosa  pero  en fin  me conto  la vanessa que  estaba muy mal
allla  todo y que margarita  iba  para  alla ...
 espero que todo  este  bien
decime  en que puedo  servirte  escribime  ya que  no tengo cel  aqui
un abrazo
bye  m████

El 30 de junio de 2011 14:56, HAZEL SANCHEZ
████████████████████████  escribió:

> Hola M██ ,
>  Espero que todo este bien por alla,
>  necesito hablar con usted si puede me escribe o me llama
> porfa. Saludos Hazel

**From:** m█████████████████████████

**Sent:** Monday, July 25, 2011 8:49 PM

**To:** HAZEL SANCHEZ ████████████████

**Subject:** Re:

OF COURSE CALL ME
  HERE I AM, I HAVE TO TELL YOU THAT I REPORTED KIKO BECAUSE HE TOOK
█████████ AND ENROLLED HIM IN ANOTHER SCHOOL
CALL ME I HAVE MANY THINGS TO TELL YOU
TAKE CARE MY CEL IS
████████
AND MARGARITA'S CEL IS █████████
KISSES AND TAKE CARE
BYE M████
ENJOY TOOOOOONS


On June 25, 2011 13:55, HAZEL SANCHEZ ██████████████ wrote:
 Hello my little one,
I'm in Tamarindo until Sunday.
I'll call you on Monday to see if I can talk to you urgently before I leave.
If you can, send me the number of Margarita to coordinate with her please.

Kisses take care

Date: Mon, 11 Jul 2011 20:18:00 -0600
Subject: Re: RE:
Re:
From: m████████████████████
To: hazel ███████████████

Hello, Hazel I forgot to tell you that a few days ago I gave your message to margarita
..I truly hope you have reached her.
Well call me as soon as you get to Costa Rica
this is my cel
██████████...
bye
A hug and greetings
m█████
On July 5, 2011 23:20, M█████ <m█████████████████ wrote:

> Hello...
> You see, I know very little about Marguis. She changed her number, but I don't have
> it. I talked to her some time ago ... And we have not talked since then.  I talk to her
> through Facebook...

Tell Gi to talk to her or to find her for you. Through Facebook. I think they are friends. I think, I'm not really sure ...
I wish�. We can. Talk, call me, as soon as you get here.
I am really glad to know everything is fine ...
Greetings to you too
Big hug

Sent from my iPad

On Jul 4, 2011, at 11:12 PM, HAZEL SANCHEZ <hazel███████████ wrote:

   I wanted to say hello and ask if you got that wire.
   I also wanted to ask you about Margarita, I don't have her number.
   I'll be in Costa Rica on July 14. Maybe I can you.
   If you can tell Margarita to call me.
   Fortunately things are going really well in here. Take care regards

   ────────────────────────────────────────

   Date: Sun, 3 Jul 2011 12:59:43 -0400
   Subject: Re:
   From: m████████████████████
   To: hazel██████████████

   hello Hazel You see, I'm not able to call you these days, since I am in Cancun
   and I return on July 10...
   but let me know what can I do for you ...
   I hope everything is OK
   and let me tell you something, Paloma is tedious, I never saw her again
   and it was really annoying anyway, Vanessa told me things were not good out there and that Margarita was going over there...
   I hope everything is OK
   tell me what can I do to help. Write me, since I don't have a cell phone here
   hugs
   bye m███

   On June 30, 2011 14:56, HAZEL SANCHEZ ███████████ wrote:

         Hi M██,
         I hope everything is OK over there,
         I need to talk to you. Can you please text or call me please.
         Regards Hazel

**From:** m███████████████████████

**Sent:** Monday, May 14, 2012 6:46 PM

**To:** HAZEL SANCHEZ ███████████████

**Subject:** Re:

---

Hazel. No se preucupe. Mami vos. Sabes. Que. Podes contar. Conmigo.
En las. Buenas. U en las malas. Lo que yo te pido. Es que no le digas a nadie. No siquiera a
Margarita ... Se. Que ella va. Para allá pero. No se con quien o adonde .... Yo. Quiero.trabajar. Y que
le pongamos. Xq. Ya. Perdí. Mucho. El tiempo con maes. Que. Nada que ver. Nos vemos mañana en
la tarde  yo llego a la  4 45.  en el vuelo de taca
Ahora te comfirmo la hora excacta
El domingo, 13 de mayo de 2012, HAZEL SANCHEZ <██████████████████> escribió:
>  llameme por favor que necesito hablar con usted. hazel

**From:** m█████████████████████████
**Sent:** Monday, May 14, 2012 6:46 PM
**To:** HAZEL SANCHEZ █████████████
**Subject:** Re:

Hazel. Do not worry. Mommy you. Know. That. You can count. On me.
Through. Thick. And thin. What I'm asking you. Is that you do not tell anyone. Not even Margarita ...
I know. That she is going. Over there but. I do not know with who or where... I. I want.to work. And
to make the effort. Since I. Already. Lost. Already. Time with maes. That. Has nothing to do with it.
See you tomorrow in the afternoon.  I arrive at  4 45.  in the taca flight
I will confirm the exact time in a moment
On Sunday, May 13, 2012, HAZEL SANCHEZ <█████████████████> wrote:
>  Call me please I need to talk to you. hazel

# EXHIBIT 12:
# CONTEMPORANEOUS COMMUNICATIONS BETWEEN MS. SANCHEZ AND CVA

**From:** V███████████████████

**Sent:** Tuesday, December 21, 2010 6:15 PM

**To:** haze███████████

**Subject:** sana y salva en tiquicia

---

hola hazel, todo bien....

vieras que el vuelo se super atraso en miami para variar, dicen que siempre tiene atrasos esa aerolinea, pero
como a mi no me urge nada estuvo bien, llegue super bien, un calorcito riquisimo... toda la ropita que les traje
a mis hijos les quedo... la guitarra.. jajaja INTACTA mujer... ahora mas tardito le llego los ipods a kika....

gracias nenis
ahora te mano la confirmacin del tiquete


byeeeeeeeeeee

**From:**      V███████████████████████

**Sent:**      Tuesday, December 21, 2010 6:15 PM

**To:**        haze████████████

**Subject:**   safe and sound in tiquicia

---

hello Hazel, everything is OK...

The flight was super delayed in Miami for a change, they say that airline always has delays, but as I am not in a hurry, it was good, I arrived super well, a really nice temperature... all the clothes I brought for my children fitted... the guitar... hahaha ZERO DAMAGES, woman... later I will give the ipods to kika

thanks baby
now I'll send you the ticket confirmation


byeeeeeeeeeee

**From:** V█████████████████████████

**Sent:** Friday, February 11, 2011 10:21 PM

**To:** hazel sanchez █████████████████████

**Subject:** FW:

**Attach:** da.jpg; ddd.jpg; hg.jpg

---

hola hazel... que tal...recuerdas q te comente de mi amiga... estas son las fotos de una de ellas... tiene papeles...

ademas que me esta urgiendo ir a trabajar... me dijiste que el 27 pero que si podia antes o mas tiempo te dijera y bueno... acomode todo para irme unos dias antes de lo planeado... claro si se puede verdad... me harias el favor de llamarme? es que yo te marco y no se si estoy marcando mal porque nadie me contesta nunca

mis numeros son ███████ o el ████████

xfa llameme que de verdad me urge...

gracias nena y espero que todo este bien x alla

abrazos



**From:**      V██████████████████████

**Sent:**      Friday, February 11, 2011 10:21 PM

**To:**        hazel sanchez ██████████████████

**Subject:**   FW:

**Attach:**    da.jpg; ddd.jpg; hg.jpg

---

hello hazel... how are you... remember I told you about my friend... these are the photos of one of them... she has papers...

besides that I am urged to go to work... You told me on the 27 but if I could be there before or longer I told you and well... I arranged everything to go a few days before... of course if you can... would you do me a favor and call me? I call you and I do not know if I'm doing it wrong because nobody ever answers me.

my numbers are ████████ or ████████

call me, please. It's really urgent...

thank you, baby and I hope everything is OK over there

hugs

v

# EXHIBIT 13:
# CONTEMPORANEOUS COMMUNICATIONS BETWEEN MS. SANCHEZ AND WDC

**From:** D███████████████████████
**Sent:** Thursday, July 14, 2011 11:54 PM
**To:** Andrea Sanches ██████████████████
**Subject:** My pic
**Attach:** DSC00037.JPG

# EXHIBIT 14:
# CONTEMPORANEOUS COMMUNICATIONS
# BETWEEN CVA AND GRISELLE MOUTA
# (FRIEND OF MS. SANCHEZ)

   

V 

## TRANSLATION

a biggggg favor... can u tell hazell pls to callo me.... at the ▇▇▇▇ me urge hablarle plsssss......... thnxxxxxxxx

... a biggggg favor.. can you tell hazell pls to call me....at the [PHONE NUMBER] I need to talk to her plssss...thnxxxx



19 FEB 2011 AT 8:22 PM

holaaa... compre un boleto para el 26 de este mes a miami, fort lauderdale... yo pienso que deberia de quedarme en un motel maso pero centrico... me podrias ayudar con eso buscandome uno que no sea tan caro plssss... ill pay you... im gonna try to call you tomorrow but pls answer me... i need to do money now... tengo demasiado que pagar y es urgente que ma vaya para alla... al rato y tu puedes viajar para alla y trabajamos juntas, que te parece ︿si hacemos plata las dos ↓ dices a hazell que vas a irte a buscar

Hiiiii... I bought a ticket for the 26th of this month to Miami, Fort Lauderdale... I think I should stay in a motel in the center... can you help me find one that isn't too expensive plssss... I'll pay you... I'm gonna try to call you tomorrow but pls answer me... I need to do money now... I have too much to pay for and it's urgent that I go over there... just for a little while and you can come here and we can work together, what do you think, we could make money together that way... tell hazel that you are going to go look

You can't reply to this conversation. Learn more


  

## TRANSLATION



para alla y trabajamos juntas, que te parece... asi hacemos plata las dos... le dices a hazell que vas a irte a buscar apartamento y que te vas a quedar con tu hermana... cuentame que opinas... por fa ayudeme con eso si... love u too... im not mad at all giurl... never ever...

[continued]
you can come here and we can work together, what do you think...we would make money together... tell hazell that you are going to look for an apartment and you are going to stay with your sister...let me know what you think... please help me with this... love u too...im not mad at all giurl.. never ever...

6 MAR 2011 AT 10:57 AM

vane xfis lleme mi ma tines que hablarte ella necessta que te saque foto y ella de lo presta

Vane please call me I have to talk to you she needs you to take a photo and she will give it out

10 SEP 2011 AT 4:00 PM



holaaaaaa.... hey im inCR... everythings good... hows ur trip to Tampa?
Ismail took you to the train station???
cuidese

You can't reply to this conversation. Learn more



← V▮

don't remember

8 DEC 2011 AT 2:00 PM

heyyy, sorry i didn't call you to
let you now I arrived fine but I
did! hahaha... I'm trying to
leave on sunday if not maybe
monday... O.M.G. I really need
to come back, two reasons,
first... money of course and
second... ummm. O.M.G.
yoou know it!!!   It past some
time since Id that kind of
sex!!!  I'm craving him!! You
don't know how much girl... I
think i'm getting sex addicted
hahaha, am I? no right??
Well... I'll let you know exactly
the date i'm flying so you can
arrange everything and meet
me in Tampa... Love you, I
hope Cinthia and Eddie are
ok...



19 DEC 20    10:58 PM

You can't reply to this conversation. Learn more

**EXHIBIT 15:**
**DECLARATION OF FEDERICO ROBLES**
**(EX-HUSBAND OF MRF) WITH ACCOMPANYING**
**EXHIBITS**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:19-cr-0065 |
| | ) | |
| HAZEL MARIA SANCHEZ CERDAS, | ) | **UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

## DECLARACION DE FEDERICO JOSE ROBLES FERNANDEZ

Yo, Jose Federico Robles Fernandez, con conformidad al titulo 29 del U.S.C. 1746, declaro que la siguiente declaracion es verdadera basado en mi experiencia y conocimiento de los hechos:

1. Yo vivo y trabajo en San Jose, Costa Rica. Yo fui esposo de M████████████ desde Septiembre 3 de 1999 hasta Junio 25 del 2009, fecha que nos divorciamos. Yo inicie el proceso de divorcio y se concreto en mutuo acuerdo.

2. Yo inicie el proceso de divorcio por que me entere que M██ trabajaba de prostituta en los Estados Unidos. Mi sospecha sobre esto se inicio cuando M██ iba a Miami a supuestos viajes para comprar cosas y traer de vuelta a Costa Rica para vender, pero M██ regresaba a Costa Rica con las maletas sin copras y solo portando vestidos de noche y trajes de baño mojados. M██ aducía que las cosas estaban muy caras y no compro nada y que entonces la amiga con la que viajaba le regalaba algunas cosas, pero me di cuenta que M██ regresaba de los Estados Unidos con bastante dinero en efectivo.

3. M██ inicio sus viajes a los Estados Unidos en Enero del 2009. En Marzo de ese mismo año y tras 3 viajes de ella, para su desgracia coincidimos en el aeropuerto tras un viaje de trabajo mío. Yo cubría el Festival internacional de Viña del Mar y ella quedaba en casa, pero a mi regreso me la encontre llegando en otro avión y había dicho a mis padres que iba con una amiga para el sur de nuestro pais a comprar unos electrodomesticos, pero no espero encontrarse conmigo a la misma hora de llegadas en el aeropuerto internacional. Ahí comprendí cual era su negocio y me separé 24 horas despues cuando ella entendió que yo ya la había agarrado en su business y ███████████████████

4. En las semanas y meses de separación mientras se daba el divorcio, hablé del tema con amigos periodistas que tenían de contacto a un investigador privado quien contó que M██ inicialmente se movía en la zona de Naples en Florida con señores mayores y tambien encontró información sobre el trabajo de prostitucion que M██ ejercia en los Estados Unidos. El investigador privado encontro una pagina web en el internet donde Me██ promovia sus servicios de prostituta con el nombre de "Diana".

5. Como parte del divorcio, yo le deje todo (la casa, el carro, etc) a M██ para que lo disfrutara con su hijo SRR ya que yo quería librarme de ella rapidamente y así acordamos un divorcio de mutuo acuerdo y recuerdo que ella lloraba desesperadamente en el Buffete de Pedro Beirute y me imploraba no divorciarnos ya que ella entendía que su vida daba un giro de 180 grados ese día. █████████████████████████████████████████████████████

6. M████ ya no tenía ni la casa ni auto por que todo lo vendió para estar viajando y permanecer largas temporadas en Estados Unidos y cuando aparecía en Costa Rica lo hacia con grandes sumas de dinero,

hospedandose en hotels caros, con autos alquilados e intentando justificar que su dinero era fruto del trabajo de niñera y que se ganaba muy bien. Yo no me aguante y le enseñe a M█████ las fotos de la pagina web "Virginia Escorts" donde ella promovia sus servicios de prostitucion. ████████████████████



15. Con mucha pena declaro sobre estos hechos, y solo deseo que M█████████reciba ayuda psicologica para que deje de mentir y deje de lastimar gente. Lamentablemente, M█████████es una mentirosa patologica. Me mintio y engaño por 13 años haciendo me creer que yo era el padre biologico de SRR, nos daño psicológicamente, me daño públicamente, y no se detiene. Ella no le importa nada ni nadie mientras consiga lo que quiere.

16. Yo voluntariamente y sin ninguna obligacion ofrezco esta declaracion y aporto fotografias y documentación que avalan lo antes dicho al Investigador Pascual Velarde que trabaja para la Oficina Del Defensor Publico Federal localizada en Alexandria, Virginia.

17. Mi primer idioma es el Espanol, aunque se leer y escribir en Ingles, pero con asuntos y palabras de carácter legal yo prefiero que esta declaracion sea escrita en Español. Yo puedo escribir esta declaracion pero deseo que el Investigador Velarde lo escriba por mi.

18. Yo no estoy bajo la influencia de ningun tipo de bebida alcoholica ni de ningun tipo de drogas o medicina que pueda interumpir mi entendimiento de esta declaracion.

19. Yo no he recibido ninguna promesa ni nada tangible a cambio de mi declaracion.

20. Yo he revisado y he leido muy cuidadosamente cada palabra, oracion, y parrafo de esta declaracion. Yo he tenido la oportunidad de anadir, borrar, y cambiar cualquier parrafo de esta declaracion.

21. Yo declaro en este dia 2 de Agosto del 2019, bajo pena de perjurio ante las leyes de los Estados Unidos de America que la información en esta declaración es verdadera y correcta.

Federico Jose Robles Fernandez

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:19-cr-0065 |
| | ) | |
| HAZEL MARIA SANCHEZ CERDAS, | ) | **UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF FEDERICO JOSE ROBLES FERNANDEZ**

I, Jose Federico Robles Fernandez, in accordance with title 29 of U.S.C. 1746, swear that the following statement is true based on my experience and knowledge of the facts:

1. I live and work in San Jose, Costa Rica.  I was married to ███████████████ since September 3rd, 1999 until June 25th, 2009 when we divorced.  I initiated the divorce process and it was finalized by mutual agreement.

2. I initiated the divorce process because I found out that M████ worked as a prostitute in the United States.  My suspicions began when M████ travelled to Miami on trips to supposedly buy things and bring them back to Costa Rica for sale, but M████ would return to Costa Rica with her suitcases without purchases and only carrying evening dresses and wet bathing suits.  M████ argued that things were very expensive, and she did not buy anything and her friend who travelled with her would give her some things as gifts, but I realized that M████ would return from the United States with a lot of money in cash.

3. M████ started her trips to the United States in January of 2009.  In March of that same year and after 3 trips by her, unfortunately for her we met at the airport after one of my work trips.  I covered the Viña del Mar International Festival and she would stay at home, but on my return I found her returning on another flight and she had told my parents that she was going with a friend to the south of our country to buy some electric appliances, but she had not counted on meeting me at the same time of arrival at the international airport.  I understood then what her business was, and ███████████████████████████████████████████████████

4. In the weeks and months of separation while the divorce was being finalized, I spoke about the matter with some journalist friends who had a private investigator contact who said that M████ initially moved worked around Naples, Florida with older men and also found information about the prostitution work that M████ carried out in the United States.  The private investigator found a website on the internet where M████ promoted her prostitution services under the name "Diana".

5. As part of the divorce, I left everything (the house, the car, etc.) to M████ for her to enjoy with her son SSR as I wanted to be free of her quickly and that's how we agreed upon a divorce by mutual agreement and I remember that she would cry desperately at the Law Office of Pedro Beirute and would implore me not to divorce because she understood that her life needed to make a 180 turn that day.

6. M████ no longer had a house or a car because she sold everything in order to travel and stay longer periods in the United States and when she would show up in Costa Rica she would do so with large sums of

money, staying at expensive hotels, with rented cars and trying to explain that her money was the fruit of her labor as a nanny and that she was very well paid.  I did not tolerate it and I showed M█████ the photos of the "Virginia Escorts" web page where she promoted her prostitution services.





█████████████████████████████████████████████████

15.  It pains me to state these facts and I only wish that M████████ receives the psychological help she needs so that she can stop lying and stop hurting people.  Regrettably, M████████ is a pathological liar.  She lied to me and tricked me for 13 years, making me believe that I was the biological father to SRR, she hurt us psychologically, hurt me publicly and does not stop.  She does not care about anything or anyone so long as she gets what she wants.

16.  I voluntarily and without obligation offer this statement and provide photographs and documentation that support what was previously told to Investigator Pascual Velarde who works for the Office of the Federal Public Defender located in Alexandria, Virginia.

17.  Spanish is my first language although I know how to read and write in English, but with matters and words of a legal nature I prefer that this statement be written in Spanish.  I can write this statement, but I wish Investigator Velarde to write it for me.

18.  I am not under the influence of any type of alcohol or any kind of drug or medication that could impair my understanding of this statement.

19.  I have not received any kind of promise or anything tangible in exchange for my statement.

20.  I have reviewed and carefully read every Word, sentence and paragraph of this statement.  I have had the opportunity to add, delete or change any paragraph of this statement.

21.  I declare on this 1st day of August 2019, under penalty of perjury before the laws of the United States of America that the information in this statement is true and correct.


_____

Federico Jose Robles Fernandez

**PODER JUDICIAL**      JUZGADO DE VIOLENCIA DOMESTICA DEL II CIRCUITO JUDICIAL DE SAN JOSÉ

**Goicoechea, 17 de julio del año 2012**

A todas las autoridades del país

Respetable señor:

Por estar ordenado así en **MEDIDAS DE PROTECCIÓN POR VIOLENCIA DOMESTICA N°12-002726-0635-VD**, promovidas por **FEDERICO JOSE ROBLES FERNANDEZ** contra M█████████████████████████████, se

**Licda. DORIS HIALGO ARIAS Juez(a)**

ACALVO







Entrega notificación al oficial
Roger Guzman Carmona
encargado de Violencia Domestica
de San Sebastián al ser las
16:00 hrs del 17 de Julio del 2012.

EXP: 12-002726-0635-VD
II Circuito Judicial de San José, Goicoechea, Calle Blancos, Edificio Tribunales, Quinto Piso, Teléfonos: 2247-9450 ó 2247-9452. Fax:
2280-6317 ó 2280-8381. Correo electrónico: jviolenciadom-sgdoc@poder-judicial.go.cr

**COURT OF DOMESTIC VIOLENCE OF THE 2ND JUDICIAL CIRCUIT OF SAN JOSE**

**JUDICIAL POWER**

**Goicochea, July 17th, 2012**

**To all authorities in the country:**

Respectable Sir:

Having been so ordered in **PROTECTION MEASURES BECAUSE OF DOMESTTIC VIOLENCE #12-002726-0635-VD**, brought by **FEDERICO JOSE ROBLES FERNANDEZ** against **M**



/signature/

DORIS HIALGO ARIAS, Esq., Judge.

Handwritten note:  "Notice given to Officer Roger Guzman Carmona, person in charge of Domestic Violence for San Sebastian, it being 16:00 hours of the 17th of July, 2012."



**PATRONATO NACIONAL DE LA INFANCIA**
OFICINA LOCAL DE SAN JOSÉ ESTE
TEF. 2258-4875 / FAX 2257-2544

---

## ACTA DE MANIFESTACION DE PERSONA MENOR DE EDAD EN SEDE ADMINISTRATIVA

**PATRONATO NACIONAL DE LA INFANCIA. OFICINA LOCAL DE SAN JOSÉ ESTE. En San José, al ser las quince horas del dos de septiembre del dos mil diez.-**

Presente en este Despacho, la persona menor de edad S█████████████████, quien es menor de edad, estudiante, quien nació el ██████████████, vecino de ██████████ ████████████████████████████████████████, quien en razón de su edad, considerando su capacidad de discernimiento y grado de madurez, se le explica la trascendencia de este acto y entendido MANIFIESTA: ███████████████

███████████████████████████████████████████████

F) ██████████████
S███████████
*Persona Menor de edad*

ES AUT.
LICDA. PATRICIA HERNÁNDEZ SÁNCHEZ
REPRESENTANTE LEGAL
OFICINA LOCAL DE SAN JOSÉ ESTE
PANI

**NATIONAL CHILD SERVICES DEPARTMENT**
**BRANCH OFFICE OF SAN JOSE EAST**
**TEL. 2258-4875 / FAX 2257-2544**

**DECLARATION RECORD OF A MINOR AT AN ADMINISTRATIVE HEADQUARTERS**

NATIONAL CHILD SERVICES DEPARTMENT, BRANCH OFFICE OF SAN JOSE EAST.  In San Jose, it being the fifteenth hour of the second of September, Two-Thousand and Ten.

Present at this Office, the minor S_____, who is a minor, student, who was born on _____, neighbor of _____,  who because of his age, considering his capacity to discern and maturity, is explained the importance of this and it being understood, he DECLARES:

IN WITNESS TO ITS AUTHENTICITY /signature/
PATRICIA HERNANDEZ SANCHEZ, ESQ.
LEGAL REPRESENTATIVE
BRANCH OFFICE OF SAN JOSE EAST

A QUIEN INTERESE

Por este medio hago constar que el niño S███████████████ está siendo atendido en mi consulta privada, a petición de su padre Sr. Federico Robles Fernández; desde el 7 de junio del presente año.

El motivo principal de consulta se refiere a la preocupación de su padre por las consecuencias que a nivel emocional ha causado la situación de divorcio y separación del niño de su madre, Sra. M█████████████.

Durante las sesiones S███████ se muestra muy espontáneo y expresivo en cuanto a sus ideas y sentimientos de los aspectos explorados.



La información contenida en el presente documento se hace con la anuencia del niño S████ ██████████ y con la autorización del Sr. Federico Robles, padre del niño.----



Sin otro particular, se extiende la presente el día 22 de junio del 2011, en Barrio Dent, San Pedro de Montes de Oca, San José

Msc. Leda Ureña U.-

La información contenida en el presente documento se hace con la anuencia del niño S███████████████ y con la autorización del Sr. Federico Robles, padre del niño.----



**Embajada de Costa Rica en Suiza**

Marktgasse 51 3011 Berna
Tel. 031 572 7887  Fax. 031 572 7834  e-mail: costa.rica@bluewin.ch

## EMBAJADA DE COSTA RICA EN BERNA, SUIZA

Berna, 20 de enero de 2014

Señores
Subproceso de Documentos de Viaje en el Exterior y Otros
Gestión de Migraciones
DIRECCION GENERAL DE MIGRACION Y EXTRANJERIA

Quien suscribe **Federico José Robles Fernandez**, portador de la Cédula número ▮▮▮▮▮ ▮▮▮▮ por este medio me presento a fin de solicitar se conceda pasaporte a favor de mi hijo:

S▮▮▮▮▮▮▮▮▮▮▮▮ nacido el ▮▮▮▮▮▮▮▮

Para este efecto adjunto copia de mi cédula, copia del pasaporte de mi hijo y copia del pasaporte de la madre nr. ▮▮▮▮▮▮ Quiero dejar en claro que no renuncio a los derechos adquiridos en el proceso judicial de impugnación de reconocimiento con número de expediente #13-000265-0165-FA del juzgado de Goicoechea.

La madre, M▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ cédula nr. ▮▮▮▮▮▮ por encontrarse en Costa Rica realizará la autorización en la Dirección General de Migración y Extranjería. Su número de teléfono es: ▮▮▮▮▮▮

Federico José Robles Fernandez
cédula 1 0944 0520

Sello

Firma del Funcionario Consular

# EXHIBIT 16:
# DECLARATION OF Y██████████
# (FRIEND OF MS. SANCHEZ)

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No. 1:19-cr-0065 |
| | ) |
| HAZEL MARIE SANCHEZ CERDAS, | ) |
| | ) |
| Defendant. | ) |

**DECLARACION DE Y**

Yo, Y▮ con conformidad al titulo 29 del U.S.C. 1746, declaro que la siguiente declaracion es verdadera basado en mi experiencia y conocimiento de la informacion:

1. Yo vivo y trabajo en West Palm Beach, FL. Yo naci y creci en Colombia, pero soy cuidadana Americana.

2. Yo voluntariamente y sin ninguna obligacion ofrezco esta declaracion al Investigador Pascual Velarde que trabaja para la Oficina Del Defensor Publico Federal localizada en Alexandria, Virginia.

3. Mi primer idioma es el Espanol y preferio que esta declaracion sea escrita en Espanol. Yo puedo leer, escribir, y hablar en Espanol mejor que Ingles. Yo puedo escribir esta declaracion pero deseo que el Investigador Velarde lo escriba por mi.

4. Yo no estoy bajo la influencia de ningun tipo de bebida alcoholica ni de ningun tipo de drogas o medicina que pueda interumpir mi entendimiento de esta declaracion.

5. Yo no he recibido ninguna promesa ni nada tangible a cambio de mi declaracion.

6. Esta declaracion se trata de mi amistad con Hazel Marie Sanchez Cerdas. Yo conoci a Hazel en el 2014, cuando ella rento un cuarto en el apartamento donde yo vivia con una amiga. Este apartamento estaba localizado en West Palm Beach, FL. Este apartamento tenia tres cuartos y cada una de nosotras teniamos nuestro propio cuarto. Despues de que Hazel y yo nos conocimos y nos sentiamos en confianza, Hazel y yo decidimos trabajar como damas de compania. Este trabajo era independiente y cada una administraba su propria cartera de clientes. Yo nunca trabaje para Hazel ni ella para mi. Lo que yo ganaba era solo para mi. Nadie me obligo a hacer este trabajo. Yo no hablo Ingles, entonces algunas veces le pregunte a Hazel que traduciera algunas llamadas que yo recibia de clientes que solo hablaban Ingles. Yo nunca vi a Hazel cobrar, administrar, negociar, or representar a otras mujeres que trabajaban en el negocio de damas de compania. Hazel siempre a sido una muy buena persona conmigo y con gente que yo la a visto tratar.

7. Yo declaro en este dia _**3l**_ de _**Julio**_, del 2019, bajo pena de perjurio ante las leyes de los Estados Unidos de America que la informacion en esta declaracion es verdadera y correcta.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:19-cr-0065 |
| | ) | |
| HAZEL MARIA SANCHEZ CERDAS, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**STATEMENT OF**</u>                    Y█████████

     I, Y█████████ in accordance with title 29 of U.S.C. 1746, swear that the following statement is true based on my experience and knowledge of the facts:

1. I live and work in West Palm Beach, FL. I was born and raised in Colombia, but I am an American citizen.

2. I voluntarily and without obligation offer this statement to Investigator Pascual Velarde who works for the Office of the Federal Public Defender located in Alexandria, Virginia.

3. Spanish is my first language and I prefer that this statement be written in Spanish. I know how to read, write and speak in Spanish better than English. I can write this statement, but I wish Investigator Velarde to write it for me.

4. I am not under the influence of any type of alcohol or any kind of drug or medication that could impair my understanding of this statement.

5. I have not received any kind of promise or anything tangible in exchange for my statement.

6. This statement is about my friendship with Hazel Marie Sanchez Cerdas. I met Hazel in 2014 when she rented a room at the apartment where I lived with a friend. This apartment was located in West Palm Beach, FL. This apartment had three rooms and each of us had their own room. After Hazel and I met and we developed trust in each other, Hazel and I decided to work as call girls. This work was independent and each worked their own portfolio of clients. I never worked for Hazel or her for me. What I earned was only for me. No one obligated me to do this work. I do not speak English, so sometimes I asked Hazel to translate some calls that I received from clients who only spoke English. I sever saw Hazel charge, administer, negotiate or represent other women who worked in the call girl business. Hazel has always been a very good person with me and with those persons that I have seen her deal with.

7. I declare on this 31st day of July 2019, under penalty of perjury before the laws of the United States of America that the information in this statement is true and correct.

/signature/

_____
Y█████████

# EXHIBIT 17: TRANSLATION CERTIFICATIONS

Translator's certification:


I hereby certify that the translations for the below listed documents are true, complete and accurate to the best of my ability and that I am competent to translate between the Spanish and English languages.

Hazel Sanchez Cerdas - draft letter from client
Letter from Randall Sanchez Cerdas on behalf of Hazel Sanchez Cerdas
Rodolfo Sanchez Cerdas on behalf of Hazel Sanchez Cerdas, page 1
Rodolfo Sanchez Cerdas on behalf of Hazel Sanchez Cerdas page 2
Rodolfo Sanchez Cerdas on behalf of Hazel Sanchez Cerdas, complete
Vitalina Cerdas Guzman letter for Hazel Maria Sanchez Cerdas

Thor Manuel Christensen
Professional Qualified Court Interpreter and Translator

July 26, 2019