# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.                        **SENTENCING MINUTES**

**HAZEL MARIE SANCHEZ CERDAS**        Case No. 1:19CR65

---

HONORABLE LIAM O'GRADY presiding       Time Called: 9:56 a.m.
Proceeding Held: August 9, 2019            Time Concluded: 10:27 a.m.
Deputy Clerk: Dani                            Court Reporter: N. Linnell

**Appearances:**

UNITED STATES OF AMERICA by:         Maureen Cain
HAZEL MARIE SANCHEZ CERDAS in person and by: Rahul Sharma, Greg Van Houten, and
                                          Kenneth Troccoli
INTERPRETER: None                       ☐ Interpreter Sworn

---

☐ The parties have no objections to the factual statements in the PSR     ☐ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant     ☒ Objections/corrections to application of guidelines by ☐ Plaintiff ☒ Defendant

---

☒ The government presents sentencing argument: Requests a sentence within the guideline range.     ☒ The defendant presents sentencing argument: Requests a sentence of 12 months and 1 day
☐ Defendant exercises right of allocution.     ☒ The court imposes sentence.
☐ The government dismisses count(s) _____.     ☐ Defendant advised of appeal rights.

---

**SENTENCING GUIDELINES:**
Offense Level: 19
Criminal History: I
Imprisonment Range: 30 to 37 months
Supervised Release Range: 1 to 3 years
Probation: Ineligible
Fine Range: $20,000.00 - $200,000
Restitution: TBD
SA: $100.00

**SENTENCE IMPOSED:**

**Imprisonment:** <u>Thirty (30)</u> Months as to Count(s) <u>  One  </u> of the Indictment
<u>          </u> Months as to Count(s) <u>          </u> of the <u>     </u>.

Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
TOTAL TERM OF IMPRISONMENT IMPOSED: <u>     </u> months.

**Probation:** <u>          </u> Years as to Count(s) <u>          </u> of the <u>        </u>.
<u>          </u> Years as to Count(s) <u>          </u> of the <u>        </u>.

**Supervised Release:** <u>Three</u> Years as to Count(s) <u>  One  </u> of the Indictment.
<u>          </u> Years as to Count(s) <u>          </u> of the <u>     </u>.

**MONETARY PENALTIES**

**Special Assessment:** $ <u>100.00          </u> due immediately

**Fine:** $ <u>                </u> ☒ fine waived

**Restitution:** $ <u>                </u> ☒ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with <u>     </u>.
☐ Repayment of Buy Money is **joint and several** with <u>     </u>.

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The court recommends the defendant's placement at <u>FCP Alderson.</u>
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: <u>     </u>.

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after <u>     </u>.

# CONDITIONS OF SUPERVISED RELEASE/PROBATION

**Special Conditions**

- ☒ Drug Testing and Treatment– Special Condition
- ☐ Drug Testing – Standard Condition
- ☐ Drug Testing – Waived
- ☐ Monthly Restitution Payment:
- ☐ Monthly Fine Payment: $ _____
- ☐ Repay Buy Money – Total: $ _____.
- ☐ Repay Buy Money: $ _____/month
- ☐ No New Lines of Credit
- ☒ Financial Disclosure
- ☐ Submit to search by USPO
- ☐ No tavern employment or patronization
- ☐ No employment with fiduciary responsibilities
- ☐ No gambling
- ☐ No transfer of assets in excess of $500.00
- ☐ No possession/use of computer – on-line access
- ☐ No possession/use of data encryption/erasure
- ☐ Provide computer passwords and logons
- ☐ Consent to computer searches
- ☒ Register with the state sex offender registration agency
- ☐ Home Confinement for _____ days
- ☐ Home Confinement with Alcohol Testing for _____ days
- ☐ Community Correctional Center: _____ days
- ☐ Residential Re-Entry Center: _____ days
- ☐ Cooperate with Bureau of Immigration/Customs
- ☐ Cooperate with IRS
- ☐ Cooperate with Child Support
- ☒ Participate in mental health treatment program
- ☐ Participate in sex offender assessment/treatment
- ☐ Waive confidentiality – sex offender treatment
- ☐ No sexually-explicit materials w/minors
- ☐ No possession/viewing of pornography or erotica
- ☐ Obtain GED or HSED
- ☐ No contact – unrelated children under 18
- ☒ No contact with victim(s)
- ☐ No contact with gang members
- ☐ Perform community service: _____ hours
- ☒ Maintain full-time, verifiable employment