IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:19CR65 |
| ) | |
| HAZEL MARIE SANCHEZ CERDAS, ) | |
| ) | |
| *Defendant*. ) | |

**RESTITUTION ORDER**

1. Pursuant to 18 U.S.C § 3663(a)(3), the defendant is ordered to pay restitution in the amount of **$2,400.00** with any other defendants who are ordered to pay restitution for the same losses.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The Clerk of Court shall forward payments to Cynthia J. Robertson in trust for M.R.F., 1099 New York Avenue, N.W., Suite 900, Washington, DC 20001-4412.

4. Interest:

   __X__ is waived.

   _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order, or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

*Filed NOV - 4 2019, Clerk, U.S. District Court, Alexandria, Virginia*

7.  If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $100 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8.  All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9.  Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

Honorable Liam O'Grady
United States District Judge

ENTERED this 4th day of Nov, 2019.

at Alexandria, Virginia

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

/s/ Maureen Cain
Maureen C. Cain
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: 703-299-3700
Email: maureen.cain@usdoj.gov

/s/
Elizabeth Mullin
Office of the Federal Public Defender
1650 King St Suite 500
Alexandria, VA 22314
Telephone: 703-600-0800

Counsel for Hazel Marie Sanchez Cerdas

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, I electronically filed the foregoing Consent Order of Restitution with the Clerk of Court using the CM/ECF system, which will send a notification to counsel of record and I hereby certify I will send a courtesy copy to Assistant Federal Public Defender Elizabeth Mullin.

*/s/Maureen C. Cain*
Maureen C. Cain
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314-5794
Phone: (703) 299-3892
Fax: (703) 299-3980
Email: Maureen.Cain@usdoj.gov