PROB 49 (3/89)
VAE (rev 05/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Hazel Marie Sanchez Cerdas          Criminal No. 1:19CR65-001

### Waiver of Hearing to Modify Conditions of Supervised Release

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

1) As a special condition of supervised release, the defendant shall be placed in a Residential Reentry Center (RRC) for up to 180 days as directed by the probation officer and the Federal Bureau of Prisons immediately following her scheduled release of March 26, 2021.

Witness: A. Satterelli, Staff          Signed: _____ Supervised Releasee

Date: 3.5.2021

Respectfully,

### ORDER OF COURT

Considered and ordered this 15th day of March, 2021, and ordered filed and made a part of the records in the above case.

_____
Liam O'Grady
U.S. District Judge

Elissa F. Martins
Senior U.S. Probation Officer
(703) 299-2309

Place: Alexandria, Virginia

Date: _____